JOSEPH GORDANO, PROSECUTOR, v. CARMINA LUNETTA
ET AL.

Submitted December 7, 1911—Decided March 11, 1912.

A justice of the peace has no jurisdiction to hear a cause of trespass
for assault and battery, since such a cause of action is expressly
excepted from the jurisdiction of the small cause court by the
act creating it. *Pamph. L.* 1903, *p.* 251, § 1.

On writ of *certiorari* removing judgment of small cause
court.

Before Justices TRENCHARD, MINTURN and KALISCH.

For the prosecutor, *Joseph A. Connolly.*

For the defendants, *Anthony R. Finelli.*

The opinion of the court was delivered by

MINTURN, J.  The writ in this cause removes for review a
judgment of the small cause court before John C. LaFan-
cherie, Esq., justice of the peace of the county of Essex, in an
action in which the defendant Carmina Lunetta was plaintiff
and this prosecutor was defendant.  The suit was one of tres-
pass for assault and battery, and judgment was rendered for
the plaintiff for $161 and costs.

The defendant insisted at the trial that the justice was with-
out jurisdiction to hear the cause, since the act constituting the
small cause court (*Pamph. L.* 1903, *p.* 251, § 1) expressly
excepted from its jurisdiction, *inter alia,* actions of "trespass
for assault, battery or imprisonment."

In overruling this objection and proceeding to judgment in
the cause the justice clearly exceeded his jurisdiction and his
judgment was therefore a nullity.

The objection now urged by the defendant here that the
prosecutor by filing his reasons in this proceeding out of time

has waived his right to contest the validity of the judgment, cannot be sustained, for the reason that under the rules and practice of this court, such objection should be made upon notice and heard as a distinct proceeding in the cause.

The judgment under review will therefore be vacated and set aside.